UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA,
MIAMI DIVISION

CASE NO.: 1:13-CV-24509

PRACHI GANDHI and ABHISHEK
GANDHI, as Parents and Natural Guardians of
A.G., a minor, and PRACHI GANDHI and
ABHISHEK GANDHI, Individually,

      Plaintiffs,

vs.

CARNIVAL CORPORATION d/b/a
CARNIVAL CRUISE LINES,

      Defendant,
_____/

## PLAINTIFFS' PETITION TO APPROVE MINOR SETTLEMENT

The Plaintiffs, PRACHI GANDHI and ABHISHEK GANDHI, as Parents and Natural Guardians of A.G., a minor, by and through undersigned counsel, hereby file this Petition to Approve Minor Settlement and in support thereof state the following:

1. Prachi and Abhishek Gandhi are the parents and natural guardians of the minor, A.G. The parents and A.G. reside at 1954 Elkhorn Court, Longwood, FL 32750.

2. A.G. was born on December 22, 2009. A.G. had just turned 3 years of age shortly before the events which gave rise to the claims in this action.

3. The minor's interest arises from this cause of action which involves an injury sustained by the minor, A.G., onboard the Defendant's cruise ship, the Carnival Legend on December 29, 2012. A claim of negligence against the Defendant was filed on the child's behalf in admiralty. The Defendant, Carnival Corporation, denied the claim of negligence.

A.G. vs. Carnival Corporation d/b/a Carnival Cruise Lines
Case No.: 1:13-CV-24509
Petition to Approve Minor Settlement
Page 2 of 5

4. The father of A.G., Abhishek Gandhi, filed a claim for negligence in his own right. The parents also filed a claim for recovery of medical expenses and loss of filial consortium.

5. Judge Moreno granted the Defendant's Motion to Dismiss all claims made by the parents. The case proceeded on the negligence claim relating to the injury to A.G.

6. The parties entered into a confidential settlement to inure to the benefit of A.G.

7. This court appointed Bradley Edwards, Esquire to serve as guardian ad litem. Mr. Edwards will be submitting his report to the court under seal (pursuant to a Motion to Seal to be filed separately). The Plaintiffs request that this Court approve the apportionment of the settlement proceeds and approve the settlement for the minor child, A.G., and allow for the disbursement as set forth in the closing statement. The net proceeds for A.G. shall be used to purchase a tax free annuity that will provide the benefits as outlined on the Confirmation of Structured Settlement. (A copy of the closing statement, a copy of the Confirmation of Structured Settlement and a copy of the proposed Release and Settlement Agreement also will be presented to the court, under seal, together with the guardian ad litem's report.)

8. The Affidavit of William B. King, which will also be submitted under seal, sets for the details relating to the hours devoted to the case and the details of the costs incurred.

9. The Plaintiffs assert that the confidential settlement is fair and reasonable and in the best interest of the minor child. The defendant, Carnival Corporation, concurs that the confidential settlement is fair and reasonable and in the best interest of the minor child and joins in the Motion to Approve Minor Settlement.

A.G. vs. Carnival Corporation d/b/a Carnival Cruise Lines
Case No.: 1:13-CV-24509
Petition to Approve Minor Settlement
Page 3 of 5

WHEREFORE, the Plaintiffs, Prachi Gandhi and Abhishek Gandhi, as Parents and Natural Guardians of A.G., respectfully request that this Honorable Court enter an Order:

1. Approving the settlement of the minor child's claim;

2. Approving the allocation of the settlement proceeds on behalf of the minor child as outlined in the closing statement;

3. Approving the structured payout proposal as set forth in the Confirmation of Structured Settlement and in the Settlement Agreement (Addendum A to the Release);

4. Authorizing the disbursement of any reduction of the Humana lien of $929 to the parents for deposit into an interest bearing account for the exclusive benefit of A.G.

5. Approving the payment of attorneys' fees and costs of the firm, Searcy, Denney, Scarola Barnhart & Shipley, P.A. and referring counsel, Biernacki and Biernacki, P.A., as outlined in the closing statement.

6. Reserving jurisdiction to provide for any relief necessary to effectuate the settlement of this action.

## MEMORANDUM OF LAW

Under Florida Statute § 744.387(3)(a), any settlement after an action has been commenced by or on behalf of a minor will not be effective unless approved by the Court having jurisdiction of the action.

Respectfully submitted,

_____
William B. King
Florida Bar No.: 181773
Attorney E-Mails: wbk@searcylaw.com and
kar@searcylaw.com
Primary E-Mail: KingTeam@searcylaw.com
Searcy Denney Scarola Barnhart & Shipley, P.A.
2139 Palm Beach Lakes Boulevard
West Palm Beach, Florida 33409
Phone: (561) 686-6300
Fax: (561) 383-9456
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing was served by using CM/ECF on February 2, 2015 on all counsel or parties of record on the Service List below.

_____
William B. King

A.G. vs. Carnival Corporation d/b/a Carnival Cruise Lines
Case No.: 1:13-CV-24509
Petition to Approve Minor Settlement
Page 5 of 5

## COUNSEL LIST

Christine M. Dimitriou, Esquire
cdimitriou@mltrial.com; mlfiling@mltrial.com; scareaga@mltrial.com
Curtis J. Mase, Esquire
cmase@mltrial.com
Mase Lara Eversole, P.A.
2601 S Batshore Drive, Suite 800
Miami, FL 33133
Phone: (305)-377-3770
Fax: (305)-377-0080
Attorneys for Carnival Corporation d/b/a Carnival Cruise Lines

Nancy Biernacki, Esquire
Biernacki & Biernacki, P.A.
2667 Enterprise Road
Orange City, FL 32763

Abhishek Gandhi
Prachi Gandhi
1954 Elkhorn Court
Longwood, FL 32750